No. 74-466. BRENNAN, SECRETARY OF LABOR *v.* BA-CHOWSKI ET AL. C. A. 3d Cir. Certiorari granted. ▮

No. 74-121. PHELPS, RECEIVER IN BANKRUPTCY *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition which read as follows:

1. "Whether the Court of Appeals incorrectly granted to the United States a priority based upon the Internal Revenue Code of 1954 for taxes in violation of and contrary to the priorities for payment of claims established by the Bankruptcy Act?"

2. "Whether the Court of Appeals incorrectly held that service of a Notice of Levy upon an assignee for the benefit of creditors subsequent to the assignment reduced the bankrupt's property then held by the assignee to the constructive possession of the United States?"

3. "Whether the Court of Appeals incorrectly determined that the Bankruptcy Court lacked summary jurisdiction to adjudicate the controversy before it without the consent of the United States?"

No. 74-389. ALBEMARLE PAPER CO. ET AL. *v.* MOODY ET AL.; and

No. 74-428. HALIFAX LOCAL No. 425, UNITED PAPER-MAKERS & PAPERWORKERS, AFL-CIO *v.* MOODY ET AL. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 474 F. 2d 134.

No. 73-7058. THOMAS *v.* UNITED STATES BOARD OF PAROLE ET AL. C. A. 10th Cir. Certiorari denied.